IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEWSPRING MEZZANINE** | : | |
| **CAPITAL II, L.P.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | No. 14-1706 |
| v. | : | |
| | : | |
| **HAYES, JR. et al.,** | : | |
| Defendants. | : | |

## ORDER

This  12th    day of November, 2014, Defendant Utilipath, LLC's Motion to Dismiss Counts I, II, III, IV, and V of Baxter McLindon Hayes, Jr.'s and Utilipath Holdings, Inc.'s Amended Cross-claim is **DENIED** for the reasons that follow:

1) With respect to Count I, taking the allegations of the Cross-claim Complaint collectively, Claimaints have sufficiently pleaded a Rule 10b-5 claim. *Tellabs v. Makor Issues & Rights, Ltd*. 551 U.S. 308, 323–24 (2007).

2) With respect to Count II, regardless of whether Pennsylvania or Delaware law applies, which I am not deciding, the allegations suffice to plead fraudulent inducement and reliance.

3) With respect to Count IV, although the adequacy of the Cross-claim is a closer issue under *Ashcroft v. Iqbal,* 556 U.S. 662 (2009), it is sufficient to withstand dismissal.

4)  With respect to Counts III and V, the basis for denial of the Motion, without prejudice, is set forth in the accompanying Memorandum.

    /s/ Gerald Austin McHugh
United States District Court Judge