IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEWSPRING MEZZANINE** | : | |
| **CAPITAL II, L.P.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 14-1706 |
| v. | : | |
| | : | |
| **HAYES, JR. et al.,** | : | |
| Defendants. | : | |

# ORDER

This 9th day of December, 2014, it is **ORDERED** that Utilipath LLC owns the attorney-client privilege with respect to communications with the law firm Wishart Norris.

This order does not abrogate the attorney-client privilege on the part of Utilipath Holdings or any of the individual defendants, should discovery reveal a document or documents for which a personal privilege can be shown to exist.

The Baxter Parties, Jarrod, and Lindon may not assert the community of interest privilege against Utilipath with respect to communications among counsel related to the transaction at issue here, but this order does not prejudice the right of any party to assert against third parties the 'community of interest' privilege as to specific communications.

                                                                /s/ Gerald Austin McHugh
                                            United States District Court Judge